**Jerry Lewis FORD, Plaintiff–Appellant,**

v.

**UNITED STATES DEPARTMENT OF JUSTICE; Richard L. Huff; William E. Perry; Chris Swecker, Defendants–Appellees.**

No. 02–7538.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 30, 2003.

Decided Feb. 5, 2003.

Jerry Lewis Ford, Appellant Pro Se. James Michael Sullivan, Assistant United States Attorney, Charlotte, North Carolina, for Appellees.

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Jerry Lewis Ford appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Ford v. United States Dep't of Justice,* No. CA–00–334–3–02–MU (W.D.N.C. filed Sept. 19, 2002; entered Sept. 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*